THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Anthony Lamont Morris, Petitioner,
 v.
 State of South Carolina, Respondent.
 
 
 

Appeal from Greenville County
Edward W. Miller, Circuit Court Judge
ON WRIT OF CERTIORARI

Memorandum Opinion No. 2008-MO-013
Submitted January 23, 2008  Filed March 10, 2008   

AFFIRMED

 
 
 
 Joenathan S. Chaplin, of Columbia, for petitioner.
 Attorney General Henry
 Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley Elliott, and Assistant Attorney General Karen C.
 Ratigan, of Columbia, for respondent.
 
 
 

PER CURIAM:  Affirmed
 pursuant to Rule 220(b), SCACR,  and the following authority:  Harden v. State,
 360 S.C. 405, 602 S.E.2d 48 (2004) (petitioner bears the burden of proving both
 attorney error and prejudice); Bruno v. State, 347 S.C. 446, 556 S.E.2d
 393 (2001) (upholding denial of relief where finding of no prejudice is
 supported by the record).
TOAL, C.J., MOORE, WALLER, PLEICONES and
 BEATTY, JJ., concur.